# United States Bankruptcy Court
# District of South Carolina

IN RE:

MICHAEL ANTHONY PENDARVIS
110 SouthPort Rd
Apt 68
Spartanburg, SC  29306

CASE NO.: 07-02750-hb
CHAPTER 13

DEBTOR

## TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Gretchen D. Holland, Trustee for the above referenced case is submitting by mail check #0582895 in the amount of $437.99 representing monies designated to creditors or debtor refund as follows:

| Creditor / Payee | Claim # | Reason for Return | Amount |
|---|---|---|---|
| Sterling, Inc. | 45 | Unable to Locate | $106.41 |

Date: 08/01/2012

/s/ Gretchen D. Holland

Gretchen D. Holland, Chapter 13 Trustee
3 Caledon Court, Suite A
Greenville, SC  29615
864-242-0314
864-242-3679 Facsimile

### FOR BANKRUPTCY COURT USE ONLY

| Date | Reference | Received | Disbursed | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |